IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>MAURICE D. BALL, )<br>Defendant. ) | Criminal Action No.<br>06-00261-01-CR-W-HFS |

MEMORANDUM OF MATTERS DISCUSSED AND
ACTION TAKEN AT PRETRIAL CONFERENCE

PENDING CHARGE: On or about May 21, 2005, in the Western District of Missouri, the defendant knowingly and intentionally possessed with the intent to distribute cocaine base, ("crack"), a Schedule II controlled substance, in an amount of 5 grams or more.

The following matters were discussed and action taken during the pretrial conference:

**TRIAL COUNSEL**:
  Government: Jane Pansing Brown
  Case Agent: Detective Sonny Garza of the Kansas City Missouri Police Department
  Defense: Ronna Holloman-Hughes

**OUTSTANDING MOTIONS**: Motion To Set Aside Guilty Plea (doc. # 28)

**TRIAL WITNESSES**:
  Government: 4
  Defendant: 3, including the defendant

**TRIAL EXHIBITS**
  Government: 8
  Defendant: 2

**DEFENSES**: general denial

**POSSIBLE DISPOSITION**:
  (X) Definitely for trial; ( ) Possibly for trial; ( ) Likely a plea will be worked out

**TRIAL TIME: 1 ½ -2 days**
  Government's case including jury selection: 1-1 ½ days
  Defense case: ½ day or less

**STIPULATIONS**: The government will propose stipulations as to chain of custody and the chemist's report.

**UNUSUAL QUESTIONS OF LAW:** None

**FILING DEADLINES:**

    **Witness and Exhibit List**
    Government: filed in accordance with the scheduling order
    Defense: filed in accordance with the scheduling order
    **Counsel are requested to list witnesses in alphabetical order on their witness list.**

    **Exhibit Index, Voir Dire, Jury Instructions: Noon, Wednesday, February 7, 2007**
    **Please Note**: Jury instructions must comply with Local Rule 51.1

    **Motion in Limine:** Government counsel indicated that it would not use any statements made by the defendant at the plea proceeding in its case in chief. The government was to advise defense counsel whether it would seek to use statements from the plea proceeding as impeachment evidence. Depending on whether government counsel intends to make any use of these statements, defense counsel may seek to limit the use of any statements made by the defendant during the plea proceeding.

**TRIAL SETTING**: Criminal jury trial docket commencing February 12, 2007.
    **Note:** Counsel request a setting the second week of the docket.

**IT IS SO ORDERED.**

                                                _____/s/_____
                                                      SARAH W. HAYS
                                              United States Magistrate Judge